# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT R. SNYDER,<br><br>  Plaintiff,<br><br>  v.<br><br>CA DEPT. OF CORRECTIONS AND REHABILITATION, et al.,<br><br>  Defendants. | Case No. CV 18-01223 PSG (RAO)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Second Amended Complaint ("SAC"), the Interim Report and Recommendation of the United States Magistrate Judge ("Interim Report"), Plaintiff's Objections, and all other records and files herein. Further, the Court has made a *de novo* determination of those portions of the Interim Report to which objections have been made. The Court is not persuaded by Plaintiff's objections and hereby accepts and adopts the Magistrate Judge's findings, conclusions, and recommendations.

///

///

///

Accordingly, IT IS ORDERED that:

(1) Plaintiff's First Amendment retaliation claims against Defendants Floercky, Phillips, Ward and Acuna are dismissed with prejudice and without leave to amend;

(2) Plaintiff's First Amendment access to courts claims are dismissed with prejudice and without leave to amend;

(3) Plaintiff's Eighth Amendment claims against Defendants Asuncion, Scheiffele, and Esquerra based on housing assignments with incompatible inmates are dismissed with prejudice and without leave to amend;

(4) Plaintiff's Fourteenth Amendment claims are dismissed with prejudice and without leave to amend; and

(5) The magistrate judge shall direct service of process on Defendants in their individual capacities.

DATED: 7/15/19

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE