UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT R. SNYDER,<br><br>    Plaintiff,<br><br>    v.<br><br>CA DEPT. OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | Case No. CV 18-01223 PSG (RAO)<br><br>JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice as to Defendants Gastelo, Asuncion, Scheiffele, Phillips, Ward, Floercky, and Esquerra, and dismissed without prejudice as to Acuna/John Doe.

DATE: 1/5/21

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE